DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID NAPOLITANO,**
Appellant,

v.

**DR. KAREN COE,**
Appellee.

No. 4D2024-0088

[June 27, 2024]

Appeal of a non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Carolyn R. Bell, Judge; L.T. Case No. 502022CA007787XXXMB.

Kevin I. Schwartz of Kevin I. Schwartz, P.A., Fort Lauderdale, and Louis C. Arslanian, Hollywood, for appellant.

Jonathan Jaffe of Law Office of Jonathan Jaffe PA, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, KUNTZ and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***